stantial federal question.

No. 73–685. LEVINE v. BUSICK ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 73–682. PUBLIC UTILITY DISTRICT No. 2 OF GRANT COUNTY ET AL. v. WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 73–202. MARGRAF v. UNITED STATES. C. A. 3d Cir. Certiorari granted. Upon representation of the Solicitor General set forth in his memorandum for the United States filed November 20, 1973, judgment vacated and case remanded for reconsideration in light of position presently asserted by the Government.

No. ——. BOWMAN TRANSPORTATION, INC., ET AL. v. ARKANSAS-BEST FREIGHT SYSTEM ET AL. Appeal from D. C. W. D. Ark. Motion of appellants to waive Rule 39 as to preparation of appendix to jurisdictional statement granted.

No. A–527. DISTRICT 65, NATIONAL COUNCIL OF DISTRIBUTIVE WORKERS OF AMERICA v. EISENBERG. C. A. 3d Cir. Application for stay of preliminary injunction presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.